# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Callaway, Joseph N. | United States. Bankruptcy Court, Eastern District of NC | 06/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

150 Reade Circle
Greenville, NC 27858

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing member | JKP, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/01/2016 | Battle Winslow Scott & Wiley PA -- Note for buy out of interest in from former law firm (receiving payments on note ) |
| 2. | 1/01/2016 | Blackacre of Rocky Mount, LLC -- Note for buy out of interest in former law firm office building (receiving payments on note) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 06/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2017 | Battle Winslow Scott & Wiley PA -- 12 monthly note buyout payments received | $5,321.76 |
| 2. 12/31/2017 | Blackacre of Rocky Mount, LLC --12 monthly note buyout payments received | $3,113.88 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 3/15/2017 | Local Government Employees Retirement System of NC -- mandatory return of retirement plan contribution from former employer the (continued below) |
| 2. | City of Rocky Mount, NC; not vested due to insufficient length of service. 1099 issued, taxes withheld, and treated as ordinary income on returns. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NC Bar Assoc Annual Bankruptcy Law Seminar | 12/1/2018 and 12/2/2018 | Asheville, NC | CLE Speaker at annual bankruptcy law seminar | one night hotel room, seminar banquest dinner, half of vehicle mileage to and rom home and Asheville at IRS rate |
| 2. | Eastern Bankrutpcy Institute | 5/6/2016 | Myrtle Beach, S.C. | CLE Speaker at annual bankruptcy law seminar | two nights hotel room |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 06/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Board of Certification | National Bankruptcy Law Specialization Board (fees waived for judges) | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Providence Bank Checking Account | B | Interest | N | T | | | | | |
| 2. E-Trade Dividend Account | A | Interest | J | T | | | | | |
| 3. Providence Bank Checking Account for JKP (87.5%) | A | Interest | J | T | | | | | |
| 4. State Employees Credit Union bank acct | A | Interest | J | T | | | | | |
| 5. Stock -- RBC Bank (RY) | E | Dividend | O | T | | | | | |
| 6. Stock - General Electric | B | Dividend | K | T | | | | | |
| 7. Stock -- Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 8. SEP acct at former employer rolled over to IRA (see Note 1 Part VIII) | | | | | | | | | |
| 9. VISMX | B | Dividend | | | Sold | 03/28/17 | M | G | |
| 10. JVMRX | E | Dividend | | | Sold | 03/28/17 | M | G | |
| 11. OIERX | E | Dividend | | | Sold | 03/28/17 | M | G | |
| 12. OIGAX | D | Dividend | | | Sold | 03/28/17 | M | G | |
| 13. VEIRX | E | Dividend | | | Sold | 03/28/17 | N | G | |
| 14. VISGX | E | Dividend | | | Sold | 03/28/17 | N | G | |
| 15. VSMAX | E | Dividend | | | Sold | 03/28/17 | L | G | |
| 16. VTSMX | E | Dividend | | | Sold | 03/28/17 | O | G | |
| 17. VIGAX | E | Dividend | | | Sold | 03/28/17 | O | G | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 06/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ETrade Rollover IRA for SEP retirement acct (see Note 1) | | | | | | | | | |
| 19. PARMX | D | Dividend | M | T | Buy | 04/10/17 | L | | |
| 20. | | | | | Buy (add'l) | 8/16/17 | K | | |
| 21. | | | | | Buy (add'l) | 10/16/17 | K | | |
| 22. | | | | | Buy (add'l) | 12/4/17 | K | | |
| 23. DLSNX | B | Dividend | M | T | Buy | 04/10/17 | K | | |
| 24. | | | | | Buy (add'l) | 08/16/17 | K | | |
| 25. | | | | | Buy (add'l) | 10/17/17 | K | | |
| 26. | | | | | Buy (add'l) | 10/19/17 | J | | |
| 27. VTI | E | Dividend | M | T | Buy | 04/10/17 | M | | |
| 28. | | | | | Buy (add'l) | 08/16/17 | K | | |
| 29. | | | | | Buy (add'l) | 10/16/17 | K | | |
| 30. | | | | | Buy (add'l) | 12/04/17 | K | | |
| 31. VUG | E | Dividend | M | T | Buy | 04/10/17 | L | | |
| 32. | | | | | Buy (add'l) | 08/16/17 | K | | |
| 33. | | | | | Buy (add'l) | 10/16/17 | K | | |
| 34. | | | | | Buy (add'l) | 12/04/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 06/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRLVX | E | Dividend | M | T | Buy | 04/12/17 | L | | |
| 36. | | | | | Buy (add'l) | 08/16/17 | K | | |
| 37. | | | | | Buy (add'l) | 10/17/17 | K | | |
| 38. | | | | | Buy (add'l) | 12/05/17 | K | | |
| 39. VOOG | D | Dividend | M | T | Buy | 12/04/17 | M | | |
| 40. VOOV | D | Dividend | M | T | Buy | 12/04/17 | M | | |
| 41. VONG | D | Dividend | M | T | Buy | 12/11/17 | M | | |
| 42. ETrade IRA Money Market Acct--see Note 1 for Lines 19 - 41 explanation | D | Interest | P1 | T | Open | 04/10/17 | P1 | | |
| 43. Other IRA's | | | | | | | | | |
| 44. IRA - Janus Growth & Income Fund (JAGIX) | D | Dividend | K | T | | | | | |
| 45. IRA- Royce Penn Mutual Fund (RYCPX) | B | Dividend | J | T | | | | | |
| 46. Local Govt Employees Credit Union HSA | A | Interest | | | Distributed | 09/29/17 | J | A | |
| 47. ▒▒▒ 401k converted to IRA (mutual funds) (see NOTE 2 Part VIII) | | | | | | | | | |
| 48. AGTHX | D | Dividend | L | T | | | | | |
| 49. ANCFX | D | Dividend | L | T | | | | | |
| 50. ANWPX | C | Dividend | K | T | | | | | |
| 51. CWGIX | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 06/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NEWFX | C | Dividend | K | T | | | | | |
| 53. ▨ State of NC 401k Retirement Plan -- Prudential mutual funds | | | | | | | | | |
| 54. NC Large Cap Value | D | Dividend | K | T | | | | | |
| 55. NC Large Cap Index | D | Dividend | K | T | | | | | |
| 56. NC Large Cap Growth | D | Dividend | K | T | | | | | |
| 57. NC Small/Mid Cap Value | D | Dividend | K | T | | | | | |
| 58. NC Small/Mid Cap Index | D | Dividend | K | T | | | | | |
| 59. NC Small/Mid Cap Growth | C | Dividend | J | T | | | | | |
| 60. NC Global Equity Fund | C | Dividend | J | T | | | | | |
| 61. NC International Fund | C | Dividend | J | T | | | | | |
| 62. NC Internationial Index Fund | C | Dividend | J | T | | | | | |
| 63. NC Stable Value Fund | C | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 06/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1 -- SEP retriement account at former law firm liquidated in late March 2017 as reflected at Lines 9 - 17 and rolled over to a replacement IRA at ETrade Securites beginning in April 2017 as reflected in lines 19 - 41. All purchases of replacement IRA mutual funds originated from the liquidated SEP account proceeds from the IRA cash account at ETrade reported at Line 42. No new income contributions were made to and no ordinary income was distributed from these ETrade retirement accounts in 2017. These entries are expanded to show the exact dates of each purchase during claendar year 2017 instead of a summation of purchases in the initial 2017 FDR report. The single entry for each mutual fund in the 2017 initial report was based on my erroneous understanding of the procdure required in Part VII. The informations and year-end totals for each mutual fund required in Columns B and C did not change and the source of funds (cash held in the liquidated IRA account) is accurate. I apologize for my misuderstanding and inadvertant reporting error.

NOTE 2 -- Line 43 -- This enty is a heading, not investment account. On my FDR for year 2016, at its Line 24, this item was mistakenally shown as a mutual fund with a "K" value in column C1 etc. The intent, however, was for line 24 (now line 28) to serve as a heading for retired spouses's former private employer 401k account converted to IRA containing the mutual funds identified in the five lines that follow.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Joseph N. Callaway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544